# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3117

_____

United States of America,             *
                                      *
            Appellee,                 *
                                      *    Appeal from the United States
      v.                              *    District Court for the
                                      *    Western District of Missouri.
James A. Willis, also known as        *
Jimmy Willis,                         *         [UNPUBLISHED]
                                      *
            Appellant.                *

_____

Submitted: February 15, 2001
Filed: February 21, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

James Willis appeals from the district court's[1] denial of his motion to unseal wiretap evidence. Having carefully reviewed the record, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.